nance No. 1 and a right to injunctive relief under ordinance No. 2 was not established.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN and O'BRIEN, JJ. Absent: ANDREWS and KELLOGG, JJ.

---

JAMES STEWART & COMPANY, INC., Respondent, *v.* STATE OF NEW YORK, Appellant.

*State — contract — claim for variance between material to be excavated as indicated on plans and that actually encountered.*

*Stewart & Co., Inc.,* v. *State of New York,* 218 App. Div. 810, affirmed.

(Argued June 21, 1927; decided July 20, 1927.)

APPEAL, by permission, from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered December 3, 1926, unanimously affirming a judgment in favor of plaintiff entered upon an award of the Court of Claims. The claim arose out of a Barge canal contract for excavation at Hinmansville Cut and arose from a variance between the character of the material to be excavated as indicated by the plans and that actually encountered in the performance of the work.

*Albert Ottinger,* Attorney-General (*Albert J. Danaher* and *James Gibson* of counsel), for appellant.

*Almuth C. Vandiver* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, ANDREWS, LEHMAN and O'BRIEN, JJ. Absent: KELLOGG, J.